IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:20-CV-541-D

| | |
|---|---|
| RANDY DINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JUDGE AMANDA L. MARIS; NATASHA ) | |
| DINGLE; INDIA CAMILLA DENNIS, ) | |
| ATTORNEY; YVETTE A. FLEMMINGS; ) | |
| PATRICIA ELLEN WATSON DINGLE; ) | |
| SHERIFF CLARENCE BIRKHEAD; ) | |
| CAPTAIN MORIAL WHITAKER; DEPUTY ) | |
| STEVEN FOSTERS; REGINAL GREGG ) | |
| EDWARDS; and TIMOTHY JAY ) | |
| PETERKIN, ) | |
| ) | |
| Defendants. ) | |

Defendants Maris and Flemmings moved the court to deem their motion to dismiss timely filed [DE 30, 32]. For good cause shown, the motion is ALLOWED.

SO ORDERED. This 12 day of February 2021.

JAMES C. DEVER III
United States District Judge