UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RANDY DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE AMANDA L. MARIS, NATASHA )<br>DINGLE, INDIA CAMILLA DENNIS, )<br>YVETTE A. FLEMMINGS, PATRICIA )<br>ELLEN WATSON DINGLE, SHERIFF )<br>CLARENCE BIRKHEAD, CAPTAIN )<br>MORIAL WHITAKER, DEPUTY STEVEN )<br>FOSTERS, REGINALD GREGG EDWARDS, )<br>and TIMOTHY JAY PETERKIN, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-541-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the motions to dismiss [D.E. 9, 16, 19, 30] and DISMISSES the action for failure to state a claim. The court DENIES the motions for sanctions [D.E. 21, 26] and the motion to clarify [D.E. 40].

**This Judgment Filed and Entered on June 7, 2021, and Copies To:**

| | |
|---|---|
| Randy Dingle | (Sent to P.O. Box 9485 Fayetteville, NC 28312 via US Mail) |
| Elizabeth Curran O'Brien | (via CM/ECF electronic notification) |
| Larissa S. Williamson | (via CM/ECF electronic notification) |
| Willie S. Darby | (via CM/ECF electronic notification) |
| Eleanor Redhage Gilroy | (via CM/ECF electronic notification) |
| Antoine Marshall | (via CM/ECF electronic notification) |

DATE:  
June 7, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk